IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK MULLINS,

    Plaintiff,                                      No. CIV 11-2399 LKK EFB

vs.

STONEBRIDGE LIFE INSURANCE COMPANY,

    Defendant.                                    ORDER
_____/

On May 1, 2012, the court issued an order directing defendant to show cause, by noon on Thursday, May 3, 2012, why the subpoena duces tecum defendant issued to third party Robert J. Gabbay, D.O., should not be quashed because it was issued from the wrong court. Dckt. No. 14. On May 3, defendant filed a response to the order to show cause indicating that in light of the May 1 order, defendant would reissue the subpoena. Dckt. No. 15. Accordingly, the subpoena duces tecum directing Dr. Gabbay to appear for deposition and to produce documents in San Francisco, California on May 8, 2012 is deemed withdrawn and Dr. Gabbay need not comply with that subpoena. As a result, Dr. Gabbay's motion to quash that subpoena, Dckt. No. 13, is denied as moot.

    SO ORDERED.

DATED: May 3, 2012                          /s/ Edmund F. Brennan
                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE