1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK MULLINS, an individual,

NO. CIV. S-11-2399 LKK/EFB

11          Plaintiff,

12      v.

13   STONEBRIDGE LIFE INSURANCE
COMPANY and DOES 1 through 50,
14   inclusive,

15          Defendants.
                                          /
16

17      On May 30, 2012, the parties filed a stipulation seeking the

18   extension of the discovery completion deadline.  The Stipulation

19   does not show sufficient cause for the court to alter its Status

20   (Pretrial Scheduling) Conference Order of November 15, 2011 in this

21   regard.   If  the  parties  wish  to  make  informal  arrangements

22   regarding discovery deadlines they are free to do so.  However, any

23   such consensual modifications to the Pretrial Scheduling Order will

24   not be enforced by the court.

25   ////

26   ////

1

1    Accordingly, the "Joint Stipulation" (Dkt. No. 17), is **DENIED.**

2    IT IS SO ORDERED.

3    DATED:  May 31, 2012.

4

5

6

7    _____
     LAWRENCE K. KARLTON
     SENIOR JUDGE
8    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                              2