UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK MULLINS, an individual,

        Plaintiff,

   v.

STONEBRIDGE LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive,

        Defendants.

        NO. CIV. S-11-2399 LKK/EFB

    On May 30, 2012, the parties filed a stipulation seeking the extension of the discovery completion deadline. The Stipulation does not show sufficient cause for the court to alter its Status (Pretrial Scheduling) Conference Order of November 15, 2011 in this regard. If the parties wish to make informal arrangements regarding discovery deadlines they are free to do so. However, any such consensual modifications to the Pretrial Scheduling Order will not be enforced by the court.

////

////

1

1   Accordingly, the "Joint Stipulation" (Dkt. No. 17), is **DENIED.**

2   IT IS SO ORDERED.

3   DATED:  May 31, 2012.

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

2