WILLIAM M. SHERNOFF #38856
wshernoff@shernoff.com
TRAVIS M. CORBY #268633
tcorby@shernoff.com
HOWARD S. SHERNOFF #263556
hshernoff@shernoff.com
SHERNOFF BIDART
ECHEVERRIA BENTLEY LLP
600 South Indian Hill Boulevard
Claremont, California  91711
Telephone:   (909) 621-4935
Facsimile:     (909) 447-2043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK MULLINS, an individual, | Case No.: 11-CV 02399 LKK-EFB |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| STONEBRIDGE LIFE INSURANCE COMPANY; and DOES 1 through 50 inclusive, | |
| Defendants. | |

- 1 -

**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

1    Upon the Stipulation of Dismissal with Prejudice signed by the Parties and

2  for good cause shown, the above-referenced matter is DISMISSED with prejudice

3  in its entirety.  Each party shall bear its own attorneys' fees and costs.

4

5  IT IS SO ORDERED:

6

7

8  Date:  July 23, 2012

9

10

11  LAWRENCE K. KARLTON

12  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

SHERNOFF BIDART
ECHEVERRIA BENTLEY
LAWYERS FOR INSURANCE POLICYHOLDERS