WILLIAM M. SHERNOFF #38856
wshernoff@shernoff.com
TRAVIS M. CORBY #268633
tcorby@shernoff.com
HOWARD S. SHERNOFF #263556
hshernoff@shernoff.com
SHERNOFF BIDART
ECHEVERRIA BENTLEY LLP
600 South Indian Hill Boulevard
Claremont, California  91711
Telephone:  (909) 621-4935
Facsimile:   (909) 447-2043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK MULLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 11-CV 02399 LKK-EFB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

- 1 -

**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

1   Upon the Stipulation of Dismissal with Prejudice signed by the Parties and
2   for good cause shown, the above-referenced matter is DISMISSED with prejudice
3   in its entirety.  Each party shall bear its own attorneys' fees and costs.
4
5   IT IS SO ORDERED:
6
7
8   Date:  July 23, 2012
9
10
11   _____
        LAWRENCE K. KARLTON
12      SENIOR JUDGE
        UNITED STATES DISTRICT COURT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

Case 2:11-cv-02399-LKK-EFB   Document 20   Filed 07/24/12   Page 3 of 3